JOHN D. CHISM and Another, Respondents, v. JOSEPH SUDOFSKY and Another, Appellants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

ROBERT C. YOUNG, Respondent, v. MARJORIE YOUNG, Appellant.— Interlocutory judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the adultery of the defendant was not established. (See Pollock v. Pollock, 71 N. Y. 137; Nottingham v. Nottingham [No. 1], 209 App. Div. 459.) Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur. The court disapproves of findings of fact numbered four and five.

DIAMOND " D " BUS LINES, INC., Respondent, v. HARRY BUROOJIAN and Another, Appellants.— Judgment and orders unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. DIAMANTE RAGUCCI, Appellant, for an Order of Mandamus against THE CITY OF SCHENECTADY, HENRY C. FAGAL, as Mayor of the City of Schenectady, and Others, Respondents.— Order unanimously affirmed with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ. [133 Misc. 349.]

MARY E. HOFFMAN, Respondent, Appellant, v. HOWARD D. HOFFMAN, Appellant, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

JOSEPH LOMBARDO, Respondent, v. COLUMBIAN PROTECTIVE ASSOCIATION, Appellant.— Judgment reversed on the law, with costs, and complaint dismissed, with costs, on the ground that there is no evidence to establish the fact that the policy was in force. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

EDWIN W. RICE, JR., and Others, Respondents, v. GEORGE W. VAN VRANKEN, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA MATHESON WOOD, as Sole Trustee, etc., and THEODORE P. SAMMIS and Others, as Trustees, etc., Relators, v. FRANK P. GRAVES, as Commissioner of Education of the State of New York, Respondent, and BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 3, TOWN OF HUNTINGTON, SUFFOLK COUNTY, NEW YORK, Intervenor.— Motion for reargument denied. Motion for leave to appeal granted on the ground that the questions of law presented are of general public importance and ought to be reviewed by the Court of Appeals. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ROBERT S. BENDELL, Respondent, v. FLORINDA DE DOMINICIS, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.